SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    JAMES J. DALEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-06-70641 MAG |
| ) | |
|    Plaintiff, ) | STIPULATION AND |
| ) | [~~PROPOSED~~] ORDER |
| v. ) | REGARDING MODIFICATION |
| ) | OF CONDITIONS OF |
| JAMES J. DALEY; ) | PRETRIAL RELEASE |
| ) | |
|    Defendant. ) | |

    The plaintiff, United States of America, through its counsel of record, Scott N. Schools, United States Attorney, and Thomas P. Mazzucco, Assistant United States Attorney, and defendant JAMES J. DALEY, through counsel of record, Scott A. Sugarman, hereby request and stipulate that this Court release James Daley from his obligation to be supervised by Pretrial Services pending the completion of this case, and permit James Daley to travel to any place in the State of California, pending completion of this matter.

    Mr. Daley has been on pretrial supervision for approximately 14 months in this matter. Michelle Nero of Pretrial Services informed Scott A. Sugarman, attorney for Mr. Daley, that he has reported regularly to her during the pendency of this matter and has
Stipulation and [~~proposed~~] Order

1

been in compliance with his pretrial release conditions.  Ms. Nero told Mr. Sugarman that she has no objection to this Court releasing Mr. Daley from supervision by Pretrial Services and no objection to this Court permitting Mr. Daley to travel anywhere in the State of California during the pendency of this matter.

IT IS SO STIPULATED.

DATED: December 19, 2007  /s/
Thomas P. Mazzucco
Assistant United States Attorney

DATED: December 19, 2007  /s/
Scott A. Sugarman
Attorney for James Daley

SO ORDERED.

DATE: 1/15/08

UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte